PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH CARL VEAL, | ) | |
| | ) | CASE NO. 4:12cv01019 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| FEDERAL EXPRESS | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

The Parties have filed a Joint Motion to Approve Settlement Agreements and to Dismiss Lawsuits at the docket of *Catanese v. FedEx Group Package System, Inc.*, Case No. 4:11cv01152 at ECF No. 23. The Court, having reviewed that Joint Motion, the case file, and the settlement agreements filed with the Joint Motion as Exhibits 1 through 7, and now being fully advised, finds as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion to Approve Settlement Agreements and to Dismiss Lawsuits filed in *Catanese v. FedEx Group Package System, Inc.*, Case No. 4:11cv01152, is GRANTED as to this case. The Court finds that the Settlement Agreement for Ralph Carl Veal (ECF No. 23-7) constitutes a fair and reasonable resolution of *bona fide* disputes over wages owed pursuant to the federal Fair Labor Standards Act (FLSA), and, accordingly, the Settlement Agreement is approved; the Court will retain jurisdiction over the terms of this Settlement Agreement; and

(4:12cv01019)

    IT IS FURTHER ORDERED THAT this action is dismissed *with prejudice*.

    IT IS SO ORDERED.

| October 15, 2012 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |